FILED
 2017 May-17  PM 02:58
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | | |
|---|---|---|
| **DONNY PATTERSON,** | } | |
| **Plaintiff,** | } | |
| v. | } | 4:16-cv-1667-KOB |
| **EXPERIAN INFORMATION SOLUTIONS, INC., et al.,** | } | |
| **Defendants.** | } | |

## ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached (doc. 31), DISMISSES this case WITHOUT PREJUDICE. The court retains jurisdiction of this action to reinstate the case if any party represents to the court **on or before July 17, 2017** that final settlement documentation could not be completed.

**DONE** and **ORDERED** this 17th day of May, 2017.

_/s/ Karon O. Bowdre_
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE